IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| ZACHARY RUSK,<br><br>    Plaintiff,<br><br>vs.<br><br>MONTANA SUPREME COURT JUSTICES MIKE MCGRATH, et al.,<br><br>    Defendant. | CV 22–24–BU–DLC<br><br><br>ORDER |

Before the Court is Plaintiff Zachary Rusk's Pro Se Response to Order. (Doc. 54.) This case has been closed since June 10, 2022. (*See* Doc. 40.) Nevertheless, Mr. Rusk continues to file in this matter. He has been warned twice that no further filings would be accepted in this case. (*See* Docs. 51, 53). The Court warned Mr. Rusk in its September 28, 2022, Order denying Rusk's last Pro Se Response to Order that "any additional improper filings could result in revocation of his electronic filing privileges." (Doc. 53 at 3.)

Accordingly, IT IS ORDERED that the Clerk of Court is directed to terminate Mr. Rusk's electronic filing privileges.

DATED this 25th day of January, 2023.

_____
Dana L. Christensen, District Judge
United States District Court

1